IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
08/28/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

H.C.,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY;
MISTY MACKEY, Warden,
Midwest Regional Reception Center;
TAMMY MARICH, Acting Field Office Dir., ICE;
DAVID J. VENTURELLA, Acting Director, ICE;
MARKWAYNE MULLIN, DHS Secretary; and
TODD BLANCHE, United States Attorney,

Respondents.

Case No. 26-3312-JWL

**ORDER**

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241. This matter is before the Court on Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 7). For the reasons set forth by the Court in the hearing conducted on August 27, 2026, at 10pm, the Court formally denies the motion. A memorandum and order containing the Court's reasoning will be forthcoming.

IT IS THEREFORE ORDERED BY THE COURT THAT Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 7) is hereby **denied**.

IT IS FURTHER ORDERED THAT Petitioner's Motion for Leave to Proceed under a Pseudonym and to Redact or Seal Identifying Information (Doc. 8) is **granted.**

IT IS SO ORDERED.

Dated this 28th day of August, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge